

# UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

January 23, 2023

**Austin Supervisor**

Amanda R. Ceballos

Reply to:
501 W 5th Street, Suite 3200
Austin, Texas 78701

**Carlos Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Ivonne Castanon**
Assistant Deputy Chief

United States Magistrate Judge Susan Hightower
c/o U.S. Magistrate Courtroom Deputy
501 W 5th Street, Suite 3200
Austin, Texas 78701

Re:     Jaleen Powell
        Docket No.: 1:22CR00229-1
        **BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge Susan Hightower:

On October 27, 2022, Jaleen Powell was released by the Honorable Susan Hightower, U.S. Magistrate Judge, on a personal recognizance bond with pretrial supervision. The defendant is scheduled to appear for sentencing on April 21, 2023, before the Honorable Robert Pitman, U.S. District Court Judge.

On October 27, 2022, the defendant submitted a positive urinalysis test revealing the presence of marijuana. The defendant indicated he is a daily marijuana smoker.

On November 15, 2022, and December 5, 2022, the defendant submitted a positive urinalysis tests revealing the presence of marijuana. The defendant denied continued use of illicit substances.

On January 11, 2023, the defendant submitted a positive urinalysis tests revealing the presence of marijuana. The defendant admitted to smoking marijuana since his release and indicated he is struggling to stop smoking marijuana.

Pretrial Services is awaiting receipt for confirmation of the positive drug tested noted.

One of the defendant's conditions of release is to submit to substance abuse treatment which may include evaluation, testing, education, in-patient treatment, or out-patient treatment and/or participation in support groups as directed by Pretrial Services.

This officer respectfully recommends that the defendant be afforded the opportunity to participate in an outpatient treatment program and increase urinalysis frequency to twice per month.

AUSA Gabriel Cohen has been apprised of this matter and concurs with the recommendation of Pretrial Services.

The defendant has been admonished and advised continued drug use will result in further action from the Court.

This information is being provided to the Court as information only and no action is being requested at this time.

If any further information should be required, please contact this officer at (254) 981-6345.

Respectfully,

_____          _____
Matthew Gosser                                                   Amanda R. Ceballos
U.S. Pretrial Services Officer                              Supervisory U.S. Pretrial Services Officer
254-981-6345                                                     210-818-7861

Cc:   U.S. Attorney          Defense Counsel

The Court does concur ____✓____          The Court does not concur _____

_____          January 23, 2023
Susan Hightower                                              _____
U.S. Magistrate Judge                                      Date